IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHN L. GRANTHAM                                                                              PLAINTIFF

vs.                                         CASE NO. 4:03CV00233GH

RELIABLE LIFE INSURANCE COMPANY                                              DEFENDANT

## ORDER

Pending before the Court is defendant's motion to dismiss with prejudice. Defendant states that plaintiff has been paid in full for the amount of short term disability benefits awarded to him under the Court's judgment. Plaintiff's counsel has not responded to defendant's request to execute a Satisfaction of Judgment. Defendant asks that the Court dismiss this action with prejudice as plaintiff has been paid the entire amount owed to him under the Judgment. Plaintiff has not responded to the motion.

As it appears that the judgment against defendant entered on April 23, 2004, has been satisfied in full, the case is hereby dismissed with prejudice.

IT IS SO ORDERED this 7th day of December, 2005.

_____
UNITED STATES DISTRICT JUDGE